

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Noemi Valdivia | ) | Case No: 16 CV 10333 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| | ) | |
| Township High School | ) | |
| District 214 | ) | |

## ORDER

Jury trial held. Jury instructions given and final arguments presented. Jury deliberation begins. Jury returns its verdict in favor of plaintiff, Noemi Valdivia, and against defendant, Township High School District 214; the Court enters judgment in favor of plaintiff and against defendant in the amount of $12,000.00. Jury Trial Ends. Defendant's Rule 50(a) motion for judgment as a matter of law (doc. #87) is denied without prejudice. Any bill of costs by plaintiff shall be filed by 11/30/18. The parties shall commence the Rule 54.3 process with respect to any request by plaintiff for attorney's fees. Any other post-trial motions shall be filed by 12/14/18. The matter is set for a status hearing before the magistrate judge on 12/19/18 at 9:00 a.m. Civil case terminated.

(T: 02:10)

Date: November 15, 2018

/s/ _Sidney I. Schenkier_
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE