# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

**FINAL JUDGMENT**

November 12, 2019

| Before: | DIANE P. WOOD, Chief Circuit Judge |
|---|---|
| | WILLIAM J. BAUER, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |

| No. 19-1410 | NOEMI VALDIVIA, <br> Plaintiff - Appellee <br><br> v. <br><br> TOWNSHIP HIGH SCHOOL DISTRICT 214, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-10333 <br> Northern District of Illinois, Eastern Division <br> Magistrate Judge Sidney I. Schenkier ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)